## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, et al.,1 | Case No. 17-12560 (BLS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, et al., | Adv. Proc. Case Nos. (SEE EXHIBIT 1) |
| Plaintiff, | |
| v. | |
| (SEE EXHIBIT 1 ATTACHED HERETO), | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, Colin R. Robinson, hereby certify that on the 23rd day of June, 2021, I caused a

copy of the following document to be served on Curtis A. Hehn via email at

curtishehn@comcast.net:

**Liquidation Trust's Objection to Defendants' Motion to Temporarily Stay the Prosecution of Their Complaint Pending the Determination of Distributions to Class 3 Note Claimants Under the Confirmed Plan**

*/s/ Colin R. Robinson*
Colin R. Robinson (DE Bar No. 5524)

---

1 The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172).  The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

## **EXHIBIT 1**

## EXHIBIT 1

1.  Sylvan & Jeannette Jutte, A.P. No. 19-50308 (JKS)

2.  Brian & Robin Korkus, A.P. No. 19-50309 (JKS)

3.  Delton & Jean Christman, A.P. No. 19-50314 (JKS)

4.  Floyd & Lavonne Davis, A.P. No. 19-50317 (JKS)

5.  George & Charlene Iwahiro, A.P. No. 19-50319 (JKS)

6.  Toomas & Pamela Heinmets, A.P. No. 19-50322 (JKS)

7.  Janet V. Dues, A.P. No. 19-50328 (JKS)

8.  Dena Falkenstein, A.P. No. 19-50329 (JKS)

9.  Judy Karen Goodin, A.P. No. 19-50330 (JKS)

10. Denis W. Hueth, A.P. No. 19-50331 (JKS)

11. Christian Lester, A.P. No. 19-50332 (JKS)

12. Jane Marshall, A.P. No. 19-50335 (JKS)

13. Laurence J. Nakasone, A.P. No. 19-50337 (JKS)

14. Blaine Phillips, A.P. No. 19-50338 (JKS)

15. George Edward Sargent, A.P. No. 19-50340 (JKS)

16. Jeff Schuster, A.P. No. 19-50341 (JKS)

17. Jennifer Tom, A.P. No. 19-50342 (JKS)

18. Anita Bedoya & Mark Bedoya, A.P. No. 19- 50343 (JKS)

19. Anita Bedoya & Julian Duran, A.P. No. 19-50344 (JKS)

20. Ronald Cole, A.P. No. 19-50346 (JKS)

21. Ronald Draper, A.P. No. 19-50347 (JKS)

22. Lawrence J. Paynter, A.P. No. 19-50351 (JKS)

23. Nannette Tibbitts, A.P. No. 19-50353 (JKS)

24. Clayton Nakasone, A.P. No. 19-50832 (JKS)