**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| | (Jointly Administered) |
| Remaining Debtors. | |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*, | |
| Plaintiff, | |
| v. | |
| Sylvan & Jeannette Jutte, | Adv. Pro. No. 19-50308 (JKS) |
| Brian & Robin Korkus, | Adv. Pro. No. 19-50309 (JKS) |
| Delton & Jean Christman, | Adv. Pro. No. 19-50314 (JKS) |
| Floyd & Lavonne Davis | Adv. Pro. No. 19-50317 (JKS) |
| George & Charlene Iwahiro, | Adv. Pro. No. 19-50319 (JKS) |
| Toomas & Pamela Heinmets, | Adv. Pro. No. 19-50322 (JKS) |
| Janet V. Dues, | Adv. Pro. No. 19-50328 (JKS) |
| Dena Falkenstein, | Adv. Pro. No. 19-50329 (JKS) |
| Judy Karen Goodin, | Adv. Pro. No. 19-50330 (JKS) |
| Denis W. Hueth, | Adv. Pro. No. 19-50331 (JKS) |
| Christian Lester, | Adv. Pro. No. 19-50332 (JKS) |
| Jane Marshall, | Adv. Pro. No. 19-50335 (JKS) |
| Laurence J. Nakasone, | Adv. Pro. No. 19-50337 (JKS) |
| Blaine Phillips, | Adv. Pro. No. 19-50338 (JKS) |
| George Edward Sargent, | Adv. Pro. No. 19-50340 (JKS) |
| Jeff Schuster, | Adv. Pro. No. 19-50341 (JKS) |
| Jennifer Tom, | Adv. Pro. No. 19-50342 (JKS) |
| Anita Bedoya & Mark Bedoya, | Adv. Pro. No. 19- 50343 (JKS) |
| Anita Bedoya & Julian Duran, | Adv. Pro. No. 19-50344 (JKS) |
| Ronald Cole, | Adv. Pro. No. 19-50346 (JKS) |
| Ronald Draper, | Adv. Pro. No. 19-50347 (JKS) |
| Lawrence J. Paynter, | Adv. Pro. No. 19-50351 (JKS) |
| Nannette Tibbitts, | Adv. Pro. No. 19-50353 (JKS) |

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

| | |
|---|---|
| Clayton Nakasone, | Adv. Pro. No. 19-50832 (JKS) |
| Defendants. | **Ref Docket No.: N/A** |

# AFFIDAVIT OF SERVICE

STATE OF OHIO          )
                       ) ss.:
COUNTY OF FRANKLIN     )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 5151 Blazer Parkway Way, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 22, 2021, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on September 24, 2021 at 1:00 p.m. (Prevailing Eastern Time) Before the Honorable J. Kate Stickles," dated September 22, 2021, a copy of which is annexed hereto as <u>Exhibit A</u>, filed in the above-referenced cases associated with Woodbridge Group of Companies, LLC, *et al.*, Case No. 17-12560 (JKS), by causing a true and correct copy to be delivered via electronic mail to: *curtishehn@comcast.net*.

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Angela Chachoff*
　　　　　　　　　　　　　　　　　　　　　　　　　　Angela Chachoff

Sworn to before me this
23rd day of September, 2021
*/s/ Andrea R. Speelman*
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024

**EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*,<br><br>Plaintiff,<br>v.<br><br>Sylvan & Jeannette Jutte,<br>Brian & Robin Korkus,<br>Delton & Jean Christman,<br>Floyd & Lavonne Davis,<br>George & Charlene Iwahiro,<br>Toomas & Pamela Heinmets,<br>Janet V. Dues,<br>Dena Falkenstein,<br>Judy Karen Goodin,<br>Denis W. Hueth,<br>Christian Lester,<br>Jane Marshall,<br>Laurence J. Nakasone,<br>Blaine Phillips,<br>George Edward Sargent,<br>Jeff Schuster,<br>Jennifer Tom,<br>Anita Bedoya & Mark Bedoya,<br>Anita Bedoya & Julian Duran,<br>Ronald Cole,<br>Ronald Draper,<br>Lawrence J. Paynter,<br>Nannette Tibbitts,<br>Clayton Nakasone,<br><br>Defendants. | Adv. Proc. Case No. 19-50308 (JKS)<br>Adv. Proc. Case No. 19-50309 (JKS)<br>Adv. Proc. Case No. 19-50314 (JKS)<br>Adv. Proc. Case No. 19-50317 (JKS)<br>Adv. Proc. Case No. 19-50319 (JKS)<br>Adv. Proc. Case No. 19-50322 (JKS)<br>Adv. Proc. Case No. 19-50328 (JKS)<br>Adv. Proc. Case No. 19-50329 (JKS)<br>Adv. Proc. Case No. 19-50330 (JKS)<br>Adv. Proc. Case No. 19-50331 (JKS)<br>Adv. Proc. Case No. 19-50332 (JKS)<br>Adv. Proc. Case No. 19-50335 (JKS)<br>Adv. Proc. Case No. 19-50337 (JKS)<br>Adv. Proc. Case No. 19-50338 (JKS)<br>Adv. Proc. Case No. 19-50340 (JKS)<br>Adv. Proc. Case No. 19-50341 (JKS)<br>Adv. Proc. Case No. 19-50342 (JKS)<br>Adv. Proc. Case No. 19-50343 (JKS)<br>Adv. Proc. Case No. 19-50344 (JKS)<br>Adv. Proc. Case No. 19-50346 (JKS)<br>Adv. Proc. Case No. 19-50347 (JKS)<br>Adv. Proc. Case No. 19-50351 (JKS)<br>Adv. Proc. Case No. 19-50353 (JKS)<br>Adv. Proc. Case No. 19-50832 (JKS) |

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON SEPTEMBER 24, 2021 AT 1:00 P.M. (PREVAILING EASTERN TIME)
BEFORE THE HONORABLE J. KATE STICKLES**

> **All remote hearings scheduled before Judge Stickles will be conducted entirely over Zoom and will require all participants to register in advance at the link provided below prior to the hearing.**
>
> **Zoom registration link:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJItd-uprDwoE5ZezN7Xrrff-5afQQVebSU**

**ORAL ARGUMENT:**

   **I.   Complaints and Answers:**

   A. Adversary case 19-50308

   1. *Complaint for Avoidance and Recovery of Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548, & 550* by Michael Goldberg against Sylvan R. Jutte, Jeannette E. Jutte [Filed 8/26/19] (Docket No. 1)

   2. *Answer* Filed by Jeannette E. Jutte, Sylvan R. Jutte [Filed 10/4/19] (Docket No. 4)

   B. Adversary case 19-50309

   1. *Complaint for Avoidance and Recovery of Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548, & 550* by Michael Goldberg against Brian D. Korkus, Robin L. Korkus [Filed 8/26/19] (Docket No. 1)

   2. *Answer* [Filed 10/4/19] (Docket No. 4)

   C. Adversary case 19-50314.

   1. *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to §§ 544, 547, 548 & 550* by Michael Goldberg against Delton Christman, Jean Christman [Filed 8/26/19] (Docket No. 1)

   2. *Answer* [Filed 10/4/19] (Docket No. 4)

   D. Adversary case 19-50317.

   1. *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to §§ 544, 547, 548 & 550* by Michael Goldberg against Floyd G Davis, Lavonne J. Davis [Filed 8/26/19] (Docket No. 1)

   2. *Answer* [Filed 10/4/19] (Docket No. 4)

E. Adversary case 19-50319.

 1. *Complaint for Avoidance and Recovery of Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548, & 550* by Michael Goldberg against George T. Iwahiro, Charlene M. Iwahiro [Filed 8/26/19] ([Docket No. 1](#))

 2. *Answer* [Filed 10/4/19] ([Docket No. 4](#))

F. Adversary case 19-50322.

 1. *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to §§ 544, 547, 548 & 550* by Michael Goldberg against Toomas Heinmets, Pamela Heinmets [Filed 8/26/19] ([Docket No. 1](#))

 2. *Answers* [Filed 9/27/19] ([Docket No. 4](#)); [Filed 10/4/19] ([Docket No. 5](#))

G. Adversary case 19-50328.

 1. *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548, & 550* by Michael Goldberg against Janet V. Dues [Filed 8/27/19] ([Docket No. 1](#))

 2. *Answer* [Filed 10/4/19] ([Docket No. 4](#))

H. Adversary case 19-50329.

 1. *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548, & 550* by Michael Goldberg against Dena Falkenstein [Filed 8/27/19] ([Docket No. 1](#))

 2. *Answer* [Filed 10/4/19] ([Docket No. 4](#))

I. Adversary case 19-50330.

 1. *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548, & 550* by Michael Goldberg against Judy Karen Goodin [Filed 8/27/19] ([Docket No. 1](#))

 2. *Answer* [Filed 10/4/19] ([Docket No. 4](#))

J. Adversary case 19-50331.

 1. *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548, & 550* by Michael Goldberg against Dennis W. Hueth [Filed 8/27/19] ([Docket No. 1](#))

 2. *Answer* [Filed 10/4/19] ([Docket No. 5](#))

K.  Adversary case 19-50332.

1. *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548, & 550* by Michael Goldberg against Christian Lester [Filed 8/27/19] ([Docket No. 1](#))

2. *Answer* [Filed 10/4/19] ([Docket No. 4](#))

L.  Adversary case 19-50335.

1. *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548, & 550* by Michael Goldberg against Jane Marshall [Filed 8/27/19] ([Docket No. 1](#))

2. *Answer* [Filed 10/4/19] ([Docket No. 4](#))

M.  Adversary case 19-50337.

1. *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548, & 550* by Michael Goldberg against Laurence J. Nakasone [Filed 8/27/19] ([Docket No. 1](#))

2. *Answer* [Filed 10/4/19] ([Docket No. 4](#))

N.  Adversary case 19-50338.

1. *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548, & 550* by Michael Goldberg against Blaine Phillips [Filed 8/27/19] ([Docket No. 1](#))

2. *Answer* [Filed 10/4/19] ([Docket No. 4](#))

O.  Adversary case 19-50340.

1. *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548, & 550* by Michael Goldberg against George Edward Sargent [Filed 8/27/19] ([Docket No. 1](#))

2. *Answer* [Filed 10/4/19] ([Docket No. 4](#))

P.  Adversary case 19-50341.

1. *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548, & 550* by Michael Goldberg against Jeff Schuster [Filed 8/27/19] ([Docket No. 1](#))

2. *Answer* [Filed 10/4/19] ([Docket No. 5](#))

Q.  Adversary case 19-50342.

1. *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548, & 550* by Michael Goldberg against Jennifer Tom [Filed 8/27/19] ([Docket No. 1](#))

2. *Answer* [Filed 10/4/19] ([Docket No. 4](#))

R. Adversary case 19-50343.

1. *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548, & 550* by Michael Goldberg against Anita Bedoya, Mark Bedoya [Filed 8/28/19] ([Docket No. 1](#))

2. *Answer* [Filed 10/9/19] ([Docket No. 4](#))

S. Adversary case 19-50344.

1. *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548, & 550* by Michael Goldberg against Anita Bedoya, Julian Duran [Filed 8/28/19] ([Docket No. 1](#))

2. *Answer* [Filed 10/9/19] ([Docket No. 4](#))

T. Adversary case 19-50346.

1. *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548, & 550* by Michael Goldberg against Ronald Cole [Filed 8/28/19] ([Docket No. 1](#))

2. *Answer* [Filed 10/4/19] ([Docket No. 4](#))

U. Adversary case 19-50347.

1. *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548, & 550* by Michael Goldberg against Ronald Draper [Filed 8/28/19] ([Docket No. 1](#))

2. *Answer* [Filed 10/9/19] ([Docket No. 4](#))

V. Adversary case 19-50351.

1. *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548, & 550* by Michael Goldberg against Lawrence J. Paynter [Filed 8/28/19] ([Docket No. 1](#))

2. *Answer* [Filed 10/4/19] ([Docket No. 4](#))

W. Adversary case 19-50353.

1. *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548, & 550* by Michael Goldberg against Nannette Tibbitts [Filed 8/28/19] ([Docket No. 1](#))

2. *Answer* [Filed 10/4/19] ([Docket No. 4](#))

    X. Adversary case 19-50832.

        1. *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548 & 550* by Michael Goldberg against Clayton Nakasone [Filed 11/18/19] (Docket No. 1)

        2. *Answer* [Filed 12/16/19] (Docket No. 4)

**II.**     **Stay Motion and Related Pleadings:**

1. *Defendants' Motion to Temporarily Stay the Prosecution of Their Complaint Pending the Determination of Distributions to Class 3 Note Claimants Under the Confirmed Plan* [Filed 5/10/21; Adv. Case No. 19-50308, Adv. Docket No. 58]

2. *Liquidation Trust's Objection to Defendants' Motion to Temporarily Stay the Prosecution of Their Complaint Pending the Determination of Distributions to Class 3 Note Claimants Under the Confirmed Plan* [Filed 6/23/21; Adv. Case No. 19-50308, Adv. Docket No. 69]

3. *Reply to Liquidation Trust's Objection to Defendants' Motion to Temporarily Stay the Prosecution of Their Complaints Pending the Determination of Distributions to Class 3 Note Claimants Under the Confirmed Plan* [Filed 7/14/21; Adv. Case No. 19-50308, Adv. Docket No. 72]

4. *Request for Oral Argument* [Filed 7/21/21; Adv. Case No. 19-50308, Adv. Docket No. 73]

5. *Notice of Completion of Briefing* [Filed 7/30/21; Adv. Case No. 19-50308, Adv. Docket No. 74]

6. *[Signed] Order Setting Oral Argument* [Filed 8/23/21; Adv. Case No. 19-50308, Adv. Docket No. 75]

Status: Oral argument with respect to the Defendants' *Motion to Temporarily Stay the Prosecution of Their Complaint Pending the Determination of Distributions to Class 3 Note Claimants under the Confirmed Plan* will be going forward.

| | | |
|---|---|---|
| Dated: | September 22, 2021<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Colin R. Robinson*<br>Richard M. Pachulski (CA Bar No. 90073)<br>Andrew W. Caine (CA Bar No. 110345)<br>Bradford J. Sandler (DE Bar No. 4142)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899 (Courier 19801)<br>Telephone: 302-652-4100<br>Fax: 302-652-4400<br>Email: rpachulski@pszjlaw.com<br>　　　　acaine@pszjlaw.com<br>　　　　bsandler@pszjlaw.com<br>　　　　crobinson@pszjlaw.com<br><br>-and-<br><br>KTBS Law LLP<br>Kenneth N. Klee (admitted *pro hac vice*)<br>Michael L. Tuchin (admitted *pro hac vice*)<br>David A. Fidler (admitted *pro hac vice*)<br>Jonathan M. Weiss (admitted *pro hac vice*)<br>1801 Century Park East, 26th Floor<br>Los Angeles, CA 90067<br>Tel:　(310) 407-4000<br>Fax:　(310) 407-9090<br><br>*Counsel to the Woodbridge Liquidation Trust* |