# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] <br><br>      Remaining Debtors. | Chapter 11 <br><br> Case No. 17-12560 (JKS) <br><br> (Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*, <br><br>      Plaintiff, <br><br> v. <br><br> Sylvan & Jeannette Jutte, <br> Brian & Robin Korkus, <br> Delton & Jean Christman, <br> Floyd & Lavonne Davis, <br> George & Charlene Iwahiro, <br> Toomas & Pamela Heinmets, <br> Janet V. Dues, <br> Dena Falkenstein, <br> Judy Karen Goodin, <br> Denis W. Hueth, <br> Christian Lester, <br> Jane Marshall, <br> Laurence J. Nakasone, <br> Blaine Phillips, <br> George Edward Sargent, <br> Jeff Schuster, <br> Jennifer Tom, <br> Anita Bedoya & Mark Bedoya, <br> Anita Bedoya & Julian Duran, <br> Ronald Cole, | <br><br><br><br><br><br><br><br><br> Adv. Proc. Case No. 19-50308 (JKS) <br> Adv. Proc. Case No. 19-50309 (JKS) <br> Adv. Proc. Case No. 19-50314 (JKS) <br> Adv. Proc. Case No. 19-50317 (JKS) <br> Adv. Proc. Case No. 19-50319 (JKS) <br> Adv. Proc. Case No. 19-50322 (JKS) <br> Adv. Proc. Case No. 19-50328 (JKS) <br> Adv. Proc. Case No. 19-50329 (JKS) <br> Adv. Proc. Case No. 19-50330 (JKS) <br> Adv. Proc. Case No. 19-50331 (JKS) <br> Adv. Proc. Case No. 19-50332 (JKS) <br> Adv. Proc. Case No. 19-50335 (JKS) <br> Adv. Proc. Case No. 19-50337 (JKS) <br> Adv. Proc. Case No. 19-50338 (JKS) <br> Adv. Proc. Case No. 19-50340 (JKS) <br> Adv. Proc. Case No. 19-50341 (JKS) <br> Adv. Proc. Case No. 19-50342 (JKS) <br> Adv. Proc. Case No. 19-50343 (JKS) <br> Adv. Proc. Case No. 19-50344 (JKS) <br> Adv. Proc. Case No. 19-50346 (JKS) |

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

| | |
|---|---|
| Ronald Draper, | Adv. Proc. Case No. 19-50347 (JKS) |
| Lawrence J. Paynter, | Adv. Proc. Case No. 19-50351 (JKS) |
| Nannette Tibbitts, | Adv. Proc. Case No. 19-50353 (JKS) |
| Clayton Nakasone, | Adv. Proc. Case No. 19-50832 (JKS) |
| Defendants. | |

**ORDER DENYING DEFENDANTS' MOTION TO TEMPORARILY STAY THE PROSECUTION OF THEIR COMPLAINTS PENDING THE DETERMINATION OF DISTRIBUTIONS TO CLASS 3 NOTE CLAIMANTS UNDER THE CONFIRMED PLAN**

Upon consideration of the *Defendants' Motion to Temporarily Stay the Prosecution of Their Complaints Pending the Determination of Distributions to Class 3 Note Claimants under the Confirmed Plan* (the "Motion"), the Trust's Objection to the Defendants' Motion (the "Objection") and the Reply of Defendants (the "Reply"), and after oral argument on the Motion, Objection, and Reply, held on September 24, 2021 (the "Hearing"), and after due deliberation and sufficient cause appearing therefore, it is hereby:

ORDERED that the Motion is DENIED with prejudice for the reasons set forth on the record of the Hearing.

ORDERED that this Court shall retain jurisdiction with respect to any matters arising from or related to the interpretation and implementation of this Order.

Dated: October 22nd, 2021
Wilmington, Delaware

**J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE**